porting. Schroeder v. U. S., 7 F.(2d) 60 (C. C. A. 2); Schechter v. U. S., 7 F.(2d) 881 (C. C. A. 2); Friedman v. U. S., 13 F. (2d) 632 (C. C. A. 6); Segurola v. U. S., 16 F.(2d) 563 (C. C. A. 1); Brown v. U. S., 16 F.(2d) 682 (C. C. A. 1).

Conviction on first count reversed; conviction on second count affirmed.

## UNITED STATES v. RUBIN.

### No. 369.

Circuit Court of Appeals, Second Circuit.
April 20, 1931.

Arthur A. Kestler, of Brooklyn, N. Y., for appellant.

Howard W. Ameli, U. S. Atty., of Brooklyn, N. Y. (Herbert H. Kellogg, Asst. U. S. Atty., of Brooklyn, N. Y., of counsel), for the United States.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

The trial was upon the two counts together; the evidence proved that the defendant had deputed two persons to carry the liquors from his malt shop to the place appointed for delivery by the decoy who arranged the sale. The points argued do not require discussion, since the persons deputed to carry the liquors testified to the facts upon their own defense and proved the case against Rubin beyond question.

It was, however, erroneous to convict upon both counts, because the possession was of the same liquors transported and was laid as being in the motor which did the trans-

## O'BOYLE v. UNITED STATES.

### No. 139.

Circuit Court of Appeals, Second Circuit.
May 1, 1931.

H. L. Cheyney, of New York City, for appellant.

Howard W. Ameli, U. S. Atty., of Brooklyn, N. Y. (Herbert H. Kellogg, Asst. U. S. Atty., of Brooklyn, N. Y., of counsel), for the United States.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

This motion is to recall the mandate and strike out the allowance of costs granted against the United States. Costs may not be awarded against the United States in this form of action. Shewan & Sons v. United States, 267 U. S. 86, 45 S. Ct. 238, 69 L. Ed. 527; Pine River Co. v. United States, 186 U. S. 279, 22 S. Ct. 920, 46 L. Ed. 1164; Treat v. Farmers' Loan & Trust Co., 185 F. 760 (C. C. A. 2); Carlisle v. Cooper, 64 F. 472 (C. C. A. 2); Rule 28, subd. 4, U. S. C. C. A. 2d Circuit. The mandate will be recalled and the motion granted unless the appellant stipulate to relinquish the costs awarded.

Motion granted accordingly.